B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

In re  STACEY LYNN HAYMONS ,                    Case No. 10-30068

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Midland Funding LLC by American InfoSource LP as agent | VERIZON WIRELESS |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Midland Funding LLC
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX  77210-4457

Court Claim # (if known):       12
Amount of Claim:        $707.05
Date Claim Filed:       06/02/2010

Phone:  (877) 893-8820
Last Four Digits of Acct #:       2469

Phone:
Last Four Digits of Acct. #:       2469

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lovetta Walls                              Date: 04/18/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.